UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HYLAND STEVEN STERLING,

        Petitioner,                      Case No. 1:11-cv-427

v.                                            Honorable Paul L. Maloney

MARY BERGHUIS,

        Respondent.

_____/

**JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief is **DENIED**.

Dated:  November 1, 2016            /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge